IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RAYMOND JAMES CORNETT<br><br>　　　　　　　　Defendant. | CR NO: 2:22-cr-00014 WBS |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: Raymond James Cornett
Detained at: Sacramento County Main Jail
Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: 18 U.S.C. § 2251 (Sexual Exploitation of a Child)
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary on **May 11, 2022 at 2PM** in the Eastern District of California.

Signature: *Roger Yang* (signed)
Printed Name & Phone No: Roger Yang (916) 554-2715
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **on May 11, 2022**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: May 6, 2022

*Allison Claire* (signed)
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | 10218440 | DOB: | ▇▇/1972 |
| Facility Address: | 651 I Street, Sacramento, CA 95814 | Race: | White |
| Facility Phone: | (916) 874-6752 | FBI#: | |
| Currently | 2E311A | | |

### RETURN OF SERVICE

Executed on: _____  _____
　　　　　　　　　　　　　　　(signature)