HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
RAYMOND JAMES CORNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  vs.<br><br>RAYMOND JAMES CORNETT,<br><br>   Defendant. | Case No.  2:22-cr-00014-WBS<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date: June 6, 2022<br>Time:  9:00 a.m.<br>Judge: William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

Attorney, through  Assistant United States Attorney Roger Yang, attorney for Plaintiff and

Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney

for Raymond James Cornett, that the status conference, currently scheduled for June 6, 2022, be

continued to August 29, 2022 at 9:00 a.m.

  Defense counsel recently received voluminous discovery and needs time to review it.

The parties are also negotiating a protective order governing disclosure of further discovery.

Counsel for defendant believes that failure to grant the above-requested continuance would deny

counsel the reasonable time necessary for effective preparation, taking into account the exercise

of due diligence.

  Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded of this order's date through and including August 29, 2022;  pursuant to 18 U.S.C.

Stipulation and Order to Continue Status
Conference

-1-

1   §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

2   based upon continuity of counsel and defense preparation.

3        Counsel and the defendant also agree that the ends of justice served by the Court granting

4   this continuance outweigh the best interests of the public and the defendant in a speedy trial.

5          Respectfully submitted,

6   Dated: June 1, 2022        HEATHER E. WILLIAMS
                         Federal Defender

7

8          */s/ Mia Crager*
           MIA CRAGER

9          Assistant Federal Defender
           Attorney for Defendant

10         RAYMOND JAMES CORNETT

11  Dated: June 1, 2022

12         PHILLIP A. TALBERT
           United States Attorney

13         */s/ Roger Yang*
           ROGER YANG

14         Assistant U.S. Attorney
           Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 29, 2022, at 9:00 a.m., shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the  June 6, 2022 status conference shall be **CONTINUED** until **August 29, 2022**, **at 9:00 a.m**.

Dated:  June 1, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE