HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
RAYMOND JAMES CORNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:22-cr-00014-WBS |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) ) | |
| RAYMOND JAMES CORNETT, | ) ) | Date: August 29, 2022 |
| Defendant. | ) ) ) ) | Time: 9:00 a.m. Judge: William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Roger Yang, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Raymond James Cornett, that the status conference, currently scheduled for August 29, 2022, be continued to March 13, 2023 at 9:00 a.m.

Defense counsel needs more time to review voluminous discovery including extensive social media materials. Defense counsel also anticipates being on maternity leave starting in October and returning in March. Mr. Cornett would like Ms. Crager to remain as counsel in his case, understanding the upcoming delays caused by her anticipated maternity leave. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel.

Stipulation and Order to Continue Status Conference

-1-

1    Based upon the foregoing, the parties agree time under the Speedy Trial Act should be
2    excluded of this order's date through and including March 13, 2023;  pursuant to 18 U.S.C.
3    §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4
4    based upon continuity of counsel and defense preparation and continuity of counsel.

    Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                                    Respectfully submitted,

Dated: August 24, 2022                HEATHER E. WILLIAMS
                                                Federal Defender

                                                /s/ *Mia Crager*
                                                MIA CRAGER
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                RAYMOND JAMES CORNETT

Dated: August 24, 2022
                                                PHILLIP A. TALBERT
                                                United States Attorney

                                                /s/ *Roger Yang*
                                                ROGER YANG
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 13, 2023, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the  August 29, 2022 status conference shall be continued until March 13, 2023, at 9:00 a.m.

Dated:  August 25, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE