HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Megan_Hopkins@fd.org

Attorney for Defendant
RAYMOND JAMES CORNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND JAMES CORNETT,<br><br>Defendant. | Case No.  2:22-cr-00014-WBS<br><br>STIPULATION AND ORDER FOR TRANSPORT TO USMS TO CONDUCT VIDEO CALL WITH FATHER IN TERMINAL CONDITION<br><br>Judge: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through  Assistant United States Attorney Roger Yang, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Megan Hopkins, attorney for Raymond James Cornett, that Mr. Cornett be transported by the United States Marshal to the United States Marshal Service Office in order to facilitate a video call with Mr. Cornett's ailng father, Ellis Raymond Cornett, who suffers from heart failure and is in terminal condition.

Defense counsel was notified that Mr. Cornett's father was hospitalized for heart failure on Wednesday, November 2, 2022, which has been deemed terminal. Mr. Cornett's father was transferred to hospice care as of today at Saint Elizabeth Hospice in Edgewood, Kentucky, and the time remaining to communicate with him may be fleeting.  Defense counsel contacted the United States Marshal Service Supervisory Deputy, who confirmed that a court order for the

Stipulation and Order for Transport to USMS            -1-

Marshals to bring Mr. Cornett to the courthouse for a video conference with his father would be sufficient for their purposes, and that once at the United States Marshals Service Office, Mr. Cornett will be transported to the grand jury room where a Federal Defender Staff member would facilitate the call, and remain with him during a video call with his father.

Accordingly, the parties are requesting emergency relief in the form of an order authorizing the United States Marshal to bring Mr. Cornett to USMS to facilitate a video call with his father on Monday, November 7, 2022. Mr. Cornett will need to be at USMS and available for the call at 11:30 a.m. PST, 2:30 p.m. EST. A federal defendant staff member will then coordinate with Mr. Cornett's sister, Stephanie Lynn Cornett to facilitate a video call with his father from the grand jury room, or another location as determined by the USMS. Mr. Cornett will be transported back to Sacramento County Jail by USMS following the video call.

The Government and US Marshal have approved of the transport pending a court order.

Respectfully submitted,

Dated: November 4, 2022

HEATHER E. WILLIAMS
Federal Defender

/s/ *Megan Hopkins*
MEGAN HOPKINS
Assistant Federal Defender
Attorney for Defendant
RAYMOND JAMES CORNETT

Dated: November 4, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ *Roger Yang*
ROGER YANG
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. Mr. Cornett is to be transported to the United States Marshal Service Office on Monday, November 7, 2022, in order to permit a video call with his father from the grand jury room or other appropriate location within the courthouse, as determined by the United States Marshal Service, at 11:30 a.m. PST. Mr. Cornett is to be returned to custody at the Sacramento County Jail following the conclusion of the video call.

Dated: November 4, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE