FILED
November 22, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00014-WBS |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| RAYMOND JAMES CORNETT, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  RAYMOND JAMES CORNETT , Case No. 2:22-cr-00014-WBS , Charge 18 USC § 2251(a), from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

   X   Unsecured Appearance Bond $   50,000.00

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

_____   (Other):  The defendant's release is delayed until November, 23, 2022 no later then 9:00 AM.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 22, 2022, at 2:46 PM.

By: _____
Magistrate Judge Allison Claire