HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
RAYMOND JAMES CORNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:22-cr-00014-WBS |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) ) | |
| RAYMOND JAMES CORNETT, | ) ) | Date: March 13, 2023 |
| Defendant. | ) ) ) | Time: 9:00 a.m. Judge: William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Roger Yang, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Raymond James Cornett, that the status conference, currently scheduled for March 13, 2023, be continued to May 30, 2023 at 9:00 a.m.

Defense counsel needs more time to review voluminous discovery including extensive social media materials. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including May 30, 2023; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based

1  upon continuity of counsel and defense preparation and continuity of counsel.

2  Counsel and the defendant also agree that the ends of justice served by the Court granting
3  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

4  Respectfully submitted,

5  Dated: March 8, 2023                                   HEATHER E. WILLIAMS
                                                          Federal Defender
6
                                                          /s/ *Mia Crager*
7                                                         MIA CRAGER
                                                          Assistant Federal Defender
8                                                         Attorney for Defendant
9                                                         RAYMOND JAMES CORNETT

10  Dated: March 8, 2023
                                                          PHILLIP A. TALBERT
11                                                        United States Attorney

12                                                        /s/ *Roger Yang*
                                                          ROGER YANG
13                                                        Assistant U.S. Attorney
                                                          Attorney for Plaintiff

Stipulation and Order to Continue Status            -2-
Conference

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including May 30, 2023, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the March 13, 2023 status conference shall be continued until May 30, 2023, at 9:00 a.m.

Dated:  March 8, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE