1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MIA CRAGER, #300172
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA  95814
   Tel: 916-498-5700/Fax 916-498-5710
5  Mia_Crager@fd.org

6  Attorneys for Defendant
   RAYMOND CORNETT
7

8

9                  IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,              Case No.  2:22-cr-00014-WBS

13          Plaintiff,                     STIPULATION TO MODIFY CONDITIONS
                                           OF PRETRIAL RELEASE; ORDER
14  vs.
                                           JUDGE: Hon. Deborah Barnes
15  RAYMOND CORNETT,

16          Defendant.

17         IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel, that Mr. Cornett's conditions of pretrial release may be modified to remove

19  the condition of home confinement and replace it with location monitoring: curfew.

20         Mr. Cornett has been under Pretrial Services supervision since November 22, 2022.  He

21  is currently subject to a combination of release conditions, including that he participates in an

22  electronic location monitoring program with home confinement.  According to his supervising

23  officer, Mr. Cornett has been in compliance with all of his release conditions since his release in

24  November 2022; he has never tested positive for any drugs, reports as instructed, and there have

25  been no location monitoring violations. Mr. Cornett continues to reside with his third-party

26  custodian, who also reports that he is doing well.

27         Given Mr. Cornett's compliance with his conditions of release, Pretrial Services is

28  requesting the removal of the home confinement condition and requesting to use the condition of

a curfew.  The defense joins in this request, and given Mr. Cornett's performance to date, the government has no objection to the removal of this condition.  The parties and pretrial services officer agree that all other conditions of pretrial release are appropriate and should remain in full force and effect.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: January 5, 2024                          */s/ Mia Crager*
                                                MIA CRAGER
                                                Assistant Federal Defender
                                                Attorneys for Defendant
                                                RAYMOND CORNETT


PHILLIP A. TALBERT
United States Attorney

DATED:  January 5, 2024                          */s/ Roger Yang*
                                                ROGER YANG
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

<u>**O R D E R**</u>

**IT IS ORDERED** that Mr. Cornett will no longer be required to be subject to home confinement and instead will be subject to a curfew.  Special condition no. 12 is hereby modified to read: "**CURFEW**: You must remain inside your residence every day from **4:00 p.m.** to **9:00 a.m.**, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations."  All other conditions of pretrial release shall remain in full force and effect.

Dated:  January 5, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE