HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
RAYMOND JAMES CORNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND JAMES CORNETT,<br><br>Defendant. | Case No. 2:22-cr-00014-WBS<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: January 29, 2024<br>Time: 9:00 a.m.<br>Judge: William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Roger Yang, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Raymond James Cornett, that the status conference, currently scheduled for January 29, 2024, be continued to April 1, 2024 at 9:00 a.m.

Defense counsel and her investigator needs more time to conduct an investigation concerning mitigation in preparation for plea negotiations. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including January 29, 2024; pursuant to 18 U.S.C.

1  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

2  based upon continuity of counsel and defense preparation and continuity of counsel.

3     Counsel and the defendant also agree that the ends of justice served by the Court granting

4  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

5                              Respectfully submitted,

6  Dated: January 23, 2024           HEATHER E. WILLIAMS
                                     Federal Defender
7
                                     /s/ *Mia Crager*
8                                    MIA CRAGER
                                     Assistant Federal Defender
9                                    Attorney for Defendant
10                                   RAYMOND JAMES CORNETT

11 Dated: January 23, 2024
                                     PHILLIP A. TALBERT
12                                   United States Attorney

13                                   /s/ *Roger Yang*
                                     ROGER YANG
14                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff

Stipulation and Order to Continue Status Conference                -2-

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including April 1, 2024, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the January 29, 2024 status conference shall be continued until April 1, 2024, at 9:00 a.m.

Dated:  January 23, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE