HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorneys for Defendant
RAYMOND CORNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>RAYMOND CORNETT,<br><br>       Defendant. | Case No.  2:22-cr-00014-WBS<br><br>STIPULATION FOR TEMPORARY MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE; ORDER<br><br>JUDGE: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Mr. Cornett's conditions of pretrial release may be temporarily modified to remove Mr. Cornett's ankle monitor for purposes of a medical appointment involving an MRI.

Mr. Cornett has been under Pretrial Services supervision since November 22, 2022.  He is currently subject to a combination of release conditions, including that he participates in an electronic location monitoring program with a curfew.  According to his supervising officer, Mr. Cornett has been in compliance with all of his release conditions since his release in November 2022; he reports as instructed and there have been no location monitoring violations. Mr. Cornett continues to reside with his third-party custodian, who also reports that he is doing well.

Mr. Cornett suffers from spina bifida which results in many medical complications.  Recently his doctor scheduled an appointment for Mr. Cornett to undergo an MRI on March 18, 2024 at 12:00 p.m. in Sacramento, CA.  The imaging will require the temporary removal of the

location monitoring transmitter. Given Mr. Cornett's compliance with his conditions of release, if the Court so orders, Pretrial Services would allow for the temporary removal of the transmitter by a Pretrial Services Officer in the morning of March 18th and for Mr. Cornett to return to the office in the afternoon, following the appointment, for reinstallation. The defense requests that this temporary modification be made to allow Mr. Cornett to undergo this medical procedure per the orders of his doctor. The government has no objection to the modification of this condition. The parties and Pretrial Services agree that all other conditions of pretrial release are appropriate and should remain in full force and effect.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: March 7, 2024

/s/ Mia Crager
MIA CRAGER
Assistant Federal Defender
Attorneys for Defendant
RAYMOND CORNETT

PHILLIP A. TALBERT
United States Attorney

DATED:  March 7, 2024

/s/ Roger Yang
ROGER YANG
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

**IT IS ORDERED** that Mr. Cornett's location monitoring transmitter be temporarily removed for a medical appointment for an MRI. Special condition no. 11 is hereby temporarily modified to allow for Mr. Cornett to attend a scheduled MRI. All other conditions of pretrial release shall remain in full force and effect.

Dated:  March 7, 2024

*Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE