1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   MIA CRAGER, #300172
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700/Fax 916-498-5710
    Mia_Crager@fd.org
5

6   Attorney for Defendant
    RAYMOND JAMES CORNETT
7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              )  Case No.  2:22-CR-00014-WBS
                                           )
12           Plaintiff,                    )  STIPULATION AND ORDER TO CONTINUE
                                           )  STATUS CONFERENCE
13       vs.                               )
                                           )   Date:  April 1, 2024
14  RAYMOND JAMES CORNETT                  )   Time: 9:00 a.m.
                                           )   Judge: Hon. William B. Shubb
15           Defendants.                   )
                                           )
16  _____  )

17         IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

18  Attorney, through  Assistant United States Attorney Roger Yang, attorney for Plaintiff and

19  Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney

20  for Raymond Cornett, that the status conference, currently scheduled for April 1, 2024, be

21  continued to July 8, 2024 at 9:00 a.m.

22         Defense counsel and her investigator needs more time to conduct an investigation

23  concerning mitigation in preparation for plea negotiations.  Defense counsel will also be

24  beginning a trial in mid-May that is expected to last for three weeks. Counsel for defendant

25  believes that failure to grant the above-requested continuance would deny counsel the reasonable

26  time necessary for effective preparation, taking into account the exercise of due diligence, as

27  well as continuity of counsel.

28         With those changes, I have reviewed and approve. The parties agree time under the

Stipulation and Order to Continue          -1-
Status Conference

1   Speedy Trial Act should be excluded of this order's date through and including July 8, 2024;

2   pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order

3   479, Local Code A and T4 based upon time to complete an examination and defense preparation.

4        Counsel and the defendant also agree that the ends of justice served by the Court granting

5   this continuance outweigh the best interests of the public and the defendant in a speedy trial.

6

7                                           Respectfully submitted,

8

9   Dated: March 27, 2024                   HEATHER E. WILLIAMS
                                            Federal Defender

10                                          /s/ *Mia Crager*
                                            _____
11                                          MIA CRAGER
                                            Assistant Federal Defender
12                                          Attorney for Defendant
                                            RAYMOND JAMES CORNETT
13

14

15

16  Dated:  March 27, 2024                  PHILLIP A. TALBERT
                                            United States Attorney
17
                                            /s/ *Roger Yang*
18                                          ROGER YANG
                                            Assistant U.S. Attorney
19                                          Attorney for Plaintiff

20

21

22

23

24

25

26

27

28

1

2
## **ORDER**

3
       IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

4
stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as

5
its order. The Court specifically finds the failure to grant a continuance in this case would deny

6
counsel reasonable time necessary for effective preparation, taking into account the exercise of

7
due diligence.  The Court finds the ends of justice are served by granting the requested

8
continuance and outweigh the best interests of the public and defendant in a speedy trial.

9
       The Court orders the time from the date the parties stipulated, up to and including July 8,

10
2024, shall be excluded from computation of time within which the trial of this case must be

11
commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv)

12
[reasonable time for counsel to prepare] and General Order 479, (Local Code A and T4). It is

13
further ordered the  April 1, 2024 status conference shall be continued until **July 8, 2024, at**

14
**9:00 a.m.**

15

16
Dated:  March 28, 2024

                          WILLIAM B. SHUBB

17
                          UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28