HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
RAYMOND JAMES CORNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:22-CR-00014-WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| ) | |
| vs. ) | |
| ) | Date: September 9, 2024 |
| RAYMOND JAMES CORNETT ) | Time: 10:00 a.m. |
| ) | Judge: Hon. William B. Shubb |
| Defendants. ) | |
| ) | |
| ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Roger Yang, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Raymond Cornett, that the status conference, currently scheduled for September 9, 2024, be continued to November 25, 2024 at 10:00 a.m.

Defense counsel needs more time to conduct an investigation concerning mitigation in preparation for plea negotiations. Defense counsel is waiting for her retained expert to complete reviewing records and will need time to consult with the expert. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including November 25, 2024; pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv) [local code T4] based upon time to complete an examination and defense preparation.

   Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: September 5, 2024

HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
RAYMOND JAMES CORNETT

Dated:  September 5, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ *Roger Yang*
ROGER YANG
Assistant U.S. Attorney
Attorney for Plaintiff

Stipulation and Order to Continue Status Conference

-2-

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including November 25, 2024, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv), (Local Code T4). It is further ordered the September 9, 2024 status conference shall be continued until **November 25, 2024, at 10:00 a.m.**

Dated:  September 6, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and  Order to Continue Status Conference

-3-