Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
Raymond Cornett

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND CORNETT,<br><br>Defendant. | Case No. 2:22-CR-00014-WBS<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Judge: Honorable William B. Schubb. |

**STIPULATION**

1. By previous order this case was set for status conference on May 19, 2025.

2. By this stipulation, the defendants ask to move the status conference until July 28, 2025 and to exclude time between May 19, 2025 and July 28, 2025 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    (a) Defense counsel was appointed in December 2024 after prior counsel withdrew.

    (b) Counsel for defendant desires time to consult with her client, review the discovery, conduct investigation and otherwise prepare for trial.

    (c) Counsel for defendant believes failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    (d) The government does not object to the continuance.

STIPULATION AND ORDER [Case No. 2:22-CR-00014-WBS

1       (e) Based on the above-stated findings, the ends of justice served by
2 continuing the case as requested outweigh the interest of the public and the defendants in a trial
3 within the original date prescribed by the Speedy Trial Act.

4       (f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.
5 § 3161, *et seq.*, within which trial must commence, the time period of May 19, 2025 to July 28,
6 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
7 T4] because it results from a continuance granted by the Court at defendants' request on the basis
8 of the Court's finding that the ends of justice served by taking such action outweigh the best
9 interest of the public and the defendants in a speedy trial.

11 Dated: May 14, 2025      Respectfully submitted,

13        By   /s/ Kresta Daly for
           Roger Yang
14            ASSISTANT UNITED STATES ATTORNEY

16
17 Dated: May 14, 2025.      BARTH DALY LLP

18        By   /s/ Kresta Nora Daly
           KRESTA NORA DALY
19            Attorneys for Raymond Cornett

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of May 19, 2025 is vacated. The status conference will be reset for July 28, 2025. The Court finds excludable time through July 28, 2025 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

IT IS SO ORDERED.

Dated: May 14, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE