Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 524-6762
Email: kdaly@barth-daly.com

Attorneys for Defendant
Raymond Cornett

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>RAYMOND CORNETT,<br><br>   Defendant. | Case No. 2:22-CR-00014-WBS<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Judge: Honorable William B. Schubb. |

**STIPULATION**

1. By previous order this case was set for status conference on July 28, 2025.

2. By this stipulation, the defendants ask to move the status conference until August 11, 2025 and to exclude time between July 28, 2025 and August 11, 2025 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   (a) Defense counsel was appointed in December 2024 after prior counsel withdrew.

   (b) Counsel for defendant desires time to consult with her client, review the discovery, conduct investigation and otherwise prepare for trial.

   (c) Counsel for defendant believes failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1       (d)    The government does not object to the continuance.

2       (e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      (f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of July 28, 2025 to August 11, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Dated: July 22, 2025        Respectfully submitted,

By   /s/Kresta Daly for
      Roger Yang
      ASSISTANT UNITED STATES ATTORNEY

Dated: July 22, 2025.       BARTH DALY LLP

By   /s/ Kresta Nora Daly
      KRESTA NORA DALY
      Attorneys for Raymond Cornett

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of July 28, 2025 is vacated. The status conference will be reset for **August 11, 2025 at 10:00 a.m.** The Court finds excludable time through August 11, 2025 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

**IT IS SO ORDERED.**

Dated: July 24, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE