Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 524-6762
Email:  kdaly@barth-daly.com

Attorneys for Defendant
Raymond Cornett

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAYMOND CORNETT,<br><br>    Defendant. | Case No. 2:22-CR-00014-WBS<br><br>**STIPULATION AND ORDER TO RESET SENTENCING**<br><br>Judge: Honorable William B. Schubb. |

## STIPULATION

1. By previous order this case was set for sentencing on December 8, 2025.

2. By this stipulation, the defendants ask to move sentencing to February 23, 2026 and reset the disclosure schedule.

3. The parties agree and stipulate, and request that the Court find the following:

    (a) Mr. Cornett does not drive or have access to reliable transportation. The only way to get him to the courthouse is for the defense to order an Uber to pick him up, take him to court, and then return him home.

    (b) CJA funding lapsed in July 2025. The defense team is not in a financial position to expend costs when the timing of repayment is unknown. Therefore, the defense team could not procure an Uber to transport Mr. Cornett to his PSR. Because of the terms of Mr. Cornett's supervised release, he could not participate in the interview over video.

1          (c)    The government does not object to the continuance.

2          (d)    Probation is aware of the requested dates and does not object.

3     4. The parties request the Court vacate the existing dates and reset them as follows:

4          (a) Judgment and Sentencing Date: February 23, 2026;

5          (b) Reply, or Statement of Non-Opposition:  February 16, 2026;

6          (c) Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:  February 9, 2026;

9          (d) The final Presentence Report shall be filed with the Court and disclosed to counsel no later than:  February 2, 2026;

11         (e) Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: January 26, 2026; and

14         (f) The draft Presentence Report shall be disclosed to counsel no later than: January 12, 2026.

Dated:  November 4, 2025                    Respectfully submitted,

                                    By    /s/Kresta Daly for
                                          Roger Yang
                                          ASSISTANT UNITED STATES ATTORNEY


Dated:  November 4, 2025.                   BARTH DALY LLP

                                    By    /s/ Kresta Nora Daly
                                          KRESTA NORA DALY
                                          Attorneys for Raymond Cornett

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The sentencing set for December 8, 2025 is vacated. Sentencing is reset for **February 23, 2026 at 10:00 a.m.** The Court orders the following disclosure dates:

(a) Reply, or Statement of Non-Opposition: February 16, 2026;

(b) Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: February 9, 2026;

(c) The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: February 2, 2026;

(d) Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: January 26, 2026; and

(e) The draft Presentence Report shall be disclosed to counsel no later than: January 12, 2026.

**IT IS SO ORDERED.**

Dated: November 6, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE